UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA INC. and ORACLE INTERNATIONAL CORPORATION,<br><br>500 Oracle Parkway, Redwood City, California, 94065<br><br>Plaintiffs,<br><br>v.<br><br>TEILHARD TECHNOLOGIES, SHOPPLEX.COM CORPORATION, JUXTACOMM TECHNOLOGIES, INC., and SECURE GROUP, INC.<br><br>Suite 217, 11625 Elbow Drive SW, Calgary, Alberta, Canada, T2W1G8<br><br>Defendants. | **Civil Action No.** _____ |

## **CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for ORACLE CORPORATION, ORACLE USA INC. and ORACLE INTERNATIONAL CORPORATION, certify that to the best of my knowledge and belief that as of this date, there are no parent companies, subsidiaries or affiliates of ORACLE CORPORATION, ORACLE USA INC. and ORACLE INTERNATIONAL CORPORATION, which have any outstanding securities in the hands of the public.

The representations are made in order that judges of this court may determine the need for recusal.

| | |
|---|---|
| Dated: October 19, 2006 | WEIL, GOTSHAL & MANGES LLP |

By: _/s/ David Hickerson_

David A. Hickerson (DC Bar No. 414723)
David N. Southard (DC Bar No. 470832)
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Tel: 202 682 7000
Fax: 202 857 0940

Of Counsel

Douglas E. Lumish (CA Bar No. 183863)
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650 802 3000
Fax: 650 802 3100

Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE USA, INC.
and ORACLE INTERNATIONAL
CORPORATION