David A. Hickerson (DC Bar No. 414723)
David N. Southard (DC Bar No. 470832)
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Tel: 202 682 7000
Fax: 202 857 0940

Of Counsel

Douglas E. Lumish (CA Bar No. 183863)
WEIL, GOTSHAL & MANGES LL
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650 802 3000
Fax: 650 802 3100

Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE
USA, INC. and ORACLE INTERNATIONAL
CORPORATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA INC. and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TEILHARD TECHNOLOGIES, SHOPPLEX.COM CORPORATION, JUXTACOMM TECHNOLOGIES, INC., and SECURE GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO. 06-01810(RCL) |

**WAIVER OF SERVICE OF SUMMONS
BY JUXTACOMM TECHNOLOGIES INC.**

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: WEIL, GOTSHAL AND MANGES, LLP
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, JUXTACOMM TECHNOLOGIES, INC. , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of ORACLE CORP., ET AL. v. TEILHARD TECHNOLOGIES, ET AL.,
(CAPTION OF ACTION)

which is case number 06-01810(RCL) in the United States District Court
(DOCKET NUMBER)

for the _____ District of COLUMBIA .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 1/23/2007 ,
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

January 24, 2007            [signature]
(DATE)                      (SIGNATURE)

Printed/Typed Name:   Ken Prather

As  CEO  of Juxtacomm Technologies Inc.
(TITLE)                     (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

David A. Hickerson (DC Bar No. 414723)
David N. Southard (DC Bar No. 470832)
1300 Eye Street, NW, Suite 900
Washington, DC 20005
Tel: 202 682 7000
Fax: 202 857 0940

Of Counsel

Douglas E. Lumish (CA Bar No. 183863)
WEIL, GOTSHAL & MANGES LL
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: 650 802 3000
Fax: 650 802 3100

Attorneys for Plaintiffs
ORACLE CORPORATION, ORACLE
USA, INC. and ORACLE INTERNATIONAL
CORPORATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA INC. and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TEILHARD TECHNOLOGIES, SHOPPLEX.COM CORPORATION, JUXTACOMM TECHNOLOGIES, INC., and SECURE GROUP, INC.,<br><br>Defendants. | CIVIL ACTION NO. 06-01810(RCL) |

**ORACLE'S REPORT ON STATUS OF SERVICE**

In response to the Court's January 17 Order requesting the status of service on defendants, Oracle reports that the Teilhard defendants waived formal service of a summons and complaint on January 24, 2007. Oracle is separately filing the waivers today. Oracle sent the

requests for waiver on January 23, 2007 (after it learned that defendants would waive formal service). Thus, defendants' deadline for responding is April 23, 2007, according to Rules 4(d)(3-4) and 12(a)(1)(B).

According to defendants, Teilhard is a d/b/a of defendant Shopplex.com Corporation, and after Juxtacomm purchased its assets, Secure Group, Inc. ceased to exist.

Dated: January 25, 2007                         WEIL, GOTSHAL & MANGES LLP

                                                By: _____

                                                David A. Hickerson (DC Bar No. 414723)
                                                David N. Southard (DC Bar No. 470832)
                                                1300 Eye Street, NW, Suite 900
                                                Washington, DC 20005
                                                Tel: 202 682 7000
                                                Fax: 202 857 0940


                                                Of Counsel

                                                Douglas E. Lumish (CA Bar No. 183863)
                                                201 Redwood Shores Parkway
                                                Redwood Shores, CA 94065
                                                Tel: 650 802 3000
                                                Fax: 650 802 3100

                                                Attorneys for Plaintiffs
                                                ORACLE CORPORATION, ORACLE USA, INC.
                                                and ORACLE INTERNATIONAL
                                                CORPORATION