UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORACLE CORPORATION, ORACLE USA INC. and ORACLE INTERNATIONAL CORPORATION,<br><br>500 Oracle Parkway, Redwood City, California, 94065<br><br>Plaintiffs,<br><br>v.<br><br>TEILHARD TECHNOLOGIES, SHOPPLEX.COM CORPORATION, JUXTACOMM TECHNOLOGIES, INC., and SECURE GROUP, INC.<br><br>Suite 217, 11625 Elbow Drive SW, Calgary, Alberta, Canada, T2W1G8<br><br>Defendants. | CIVIL ACTION NO: 06-01810 (RCL) |

## STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED by, between and among plaintiffs Oracle Corporation, Oracle USA Inc, and Oracle International Corporation, and defendants Shopplex.com Corporation, d/b/a/ Teilhard Technologies Inc., and Juxtacomm Technologies, Inc., that Civil Action No. 06-01810 (RCL), and all claims and counterclaims asserted in that action, be and hereby are

///

///

///

DISMISSED IN THEIR ENTIRETY WITH PREJUDICE, with each side to bear its own costs of suit and attorneys' fees.

Dated: February __, 2007

| WEIL, GOTSHAL & MANGES LLP | MITCHELL SILBERBERG & KNUPP LLP |
|---|---|
| By: /s/ David A. Hickerson<br>David A. Hickerson (DC Bar No. 414723)<br>David N. Southard (DC Bar No. 470832)<br>1300 Eye Street, NW, Suite 900<br>Washington, DC 20005<br>Tel: 202 682 7000<br>Fax: 202 857 0940<br><br>Of Counsel<br><br>Douglas E. Lumish (CA Bar No. 183863)<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel: 650 802 3000<br>Fax: 650 802 3100<br><br>Attorneys for Plaintiffs<br>ORACLE CORPORATION, ORACLE USA, INC. and ORACLE INTERNATIONAL CORPORATION | By: /s/ Steven J. Metalitz<br>Steven J. Metalitz (DC Bar No. 944603)<br>2300 M Street, NW, Suite 800<br>Washington, DC 20037<br>Telephone: (202) 937-8132<br>Facsimile: (202) 973-8110<br><br>Attorneys for Defendants<br>SHOPPLEX.COM CORPORATION, D/B/A/ TEILHARD TECHNOLOGIES, AND JUXTACOMM TECHNOLOGIES, INC. |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Royce C. Lamberth
United States District Judge