UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ORACLE CORPORATION, ORACLE USA INC. and ORACLE INTERNATIONAL CORP., | ) ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 06-1810 (RCL) |
| TEILHARD TECHNOLOGIES, *et al.*, | ) ) ) ) |  |
| Defendants. | ) ) |  |

## ORDER

Pursuant to stipulation by, between, and among plaintiffs Oracle Corporation, Oracle USA Inc., and Oracle International Corporation, and defendants Shopplex.com Corporation, d/b/a Teilhard Technologies, Inc., and Juxtacomm Technologies, Inc., it is hereby

ORDERED, that Civil Action No. 06-1810 (RCL) and all claims and counterclaims asserted in that action, be and hereby are DISMISSED IN THEIR ENTIRETY WITH PREJUDICE, each side to bear its own costs.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 6, 2007.